UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CARLA BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:23-CV-39-JEM |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

For the reasons and to the extent stated in the Memorandum Opinion entered contemporaneously herewith, the Court **GRANTS** Plaintiff's Motion for Summary Judgment [Doc. 11], **VACATES** the Commissioner's decision, and **REMANDS** this case to the Commissioner for proceedings consistent with the Court's Memorandum Opinion pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

ENTER:

_Jill E. McCook_
Jill E. McCook
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT